Steven J. Brewer, Esq. State Bar No. 94889
GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
1999 Harrison St., Suite 1600
Oakland, CA  94612
Phone:  (510)832-5411
Fax:  (510)832-1918
Email:  sbrewer@giccb.com

Omar I. Habbas, Esq. State Bar No. 126629
HABBAS, NASSERI & ASSOCIATES
675 North First Street, Suite 1000
San Jose, California 95112
Phone: (408)278-0400
Fax:     (408)278-0488

Attorneys for Plaintiff
MONTIE SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTIE SINGH,<br><br>                    Plaintiff,<br><br>         vs.<br><br>UNITED STATES OF AMERICA<br><br>                    Defendant. | Case No.:  16-CV-01919-NC<br><br>STIPULATION AND *MODIFIED* ORDER FOR CONTINUANCE OF HEARING FOR DEFENDANT'S MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE<br><br>Date: July 27, 2016<br>Time: 1:00 p.m.<br>Judge: Hon. Nathanael M. Cousins |

**STIPULATION FOR CONTINUANCE**

Plaintiff Montie Singh and Defendant United States of America hereby stipulate and request this Court continue the scheduled hearing on the Defendant's Motion to Dismiss from July 27, 2016 at 1:00 p.m. to August 24, 2016 at 1:00 p.m. in Courtroom 7, 4th Floor, 280 South 1st Street, San Jose, California, 95133.

1  The Plaintiff has not yet filed his opposition papers to Defendant's Motion to Dismiss.
2  Pursuant to the continued hearing date, the parties stipulate that Plaintiff's opposition papers will
3  be due July 11, 2016.
4  As Assistant United States Attorney James Scharf will be away on annual leave from July
5  8 through July 18, 2016, the parties stipulate that the Defendant's reply papers will be due July
6  29, 2016.

Dated: June 20, 2016                                  Respectfully submitted,


                                                      By: /s/ Steven J. Brewer
                                                          Steven J. Brewer (SBN 94889)
                                                          GWILLIAM, IVARY, CHIOSSO,
                                                          CAVALLI & BREWER
                                                          1999 Harrison Street, Suite 1600
                                                          Oakland, CA 94612
                                                          Phone: (510)832-5411
                                                          Fax: (510)832-1918
                                                          Email: sbrewer@giccb.com

                                                          Attorney for Plaintiff MONTIE
                                                          SINGH


                                                      By: /s/ James A. Scharf
                                                          Brian J. Stretch (SBN 163973)
                                                          United States Attorney
                                                          Sara Winslow (SBN 457643)
                                                          Chief, Civil Division
                                                          James A. Scharf (SBN 152171)
                                                          Assistant United States Attorney
                                                          150 Almaden Boulevard, Suite 900
                                                          San Jose, California 95113
                                                          Phone: (408) 535-5044
                                                          Fax: (408) 535-5081
                                                          Email:james.scharf@usdoj.gov

                                                          Attorney for Defendant UNITED
                                                          STATES OF AMERICA

1 **DECLARATION OF CONSENT**

2  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
3 penalty of perjury that concurrence in the filing of this document has been obtained from the
4 above-listed counsel for Plaintiff Montie Singh and Defendant United States of America.

5

6 Dated: June 20, 2016                                /s/ Steven J. Brewer
7                                                                    Steven J. Brewer

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MODIFIED ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the Hearing for Defendant's Motion to Dismiss (Dkt. No. 9) is continued from Wednesday, July 27, 2016, at 1:00 p.m. to Wednesday, **August 10, 2016**, at 1:00 p.m. in Courtroom 7, 4th Floor, 280 South 1st Street, San Jose, California, 95133.  Plaintiff's opposition papers are due July 11, 2016, and the Defendant's reply papers are due July 29, 2016.

Dated:  June 20, 2016



_____
Hon. N
United

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins