Steven J. Brewer, Esq. State Bar No. 94889
GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
1999 Harrison St., Suite 1600
Oakland, CA  94612
Phone:  (510)832-5411
Fax:  (510)832-1918
Email:  sbrewer@giccb.com

Omar I. Habbas, Esq. State Bar No. 126629
HABBAS, NASSERI & ASSOCIATES
675 North First Street, Suite 1000
San Jose, California 95112
Phone: (408)278-0400
Fax:     (408)278-0488

Attorneys for Plaintiff
MONTIE SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTIE SINGH,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | Case No.:  16-CV-01919-NC<br><br>STIPULATION AND *AMENDED* ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER PENDING DEADLINES<br>Date: July 27, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Nathanael M. Cousins |

   This Stipulation is entered into by and among plaintiff Montie Singh and defendant United States of America  ("collectively "the Parties"), by and through their respective counsel.

   WHEREAS, Plaintiff filed a complaint in the above-entitled action in the United States District Court, Northern District of California, on April 12, 2016 (the "Complaint") and served the Complaint on the U.S. on May 5, 2016;

   WHEREAS, on April 13, 2016, the Court entered a Notice setting the Case Management Conference (Dkt. No. 3)  for July 27, 2016;

1     WHEREAS, on June 7, 2016, the U.S. filed its Notice of Motion and Motion to Dismiss
2 Complaint ("Motion to Dismiss")
3     WHEREAS, on June 20, 2016, the Parties filed a Stipulation And Proposed Order For
4 Continuance Of Hearing For Defendant's Motion To Dismiss And Setting Briefing Schedule ,
5 and which the Court entered a modified version of the Order on June 20, 2016(the "Continuance
6 Order," Dkt. No. 13);
7     WHEREAS, pursuant to the Continuance Order, Plaintiffs' Opposition to Defendant's
8 Motion to Dismiss is due by July 11, 2016, and Defendant's Reply to Plaintiffs' Opposition is
9 due by July 29, 2016, and the hearing is set for August 10, 2016;
10     WHEREAS, a Joint Case Management Statement is currently due by July 20, 2016;
11     WHEREAS, the parties agree that a continuance of the Case Management
12 Conference and all currently pending deadlines will permit more efficient case management, will
13 serve the interests of judicial economy, and will conserve Party and Court resources;
14     NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate
15 and agree, through their respective counsel, as follows:
16     1. The July 27, 2016 Case Management Conference shall be taken off calendar, and
17 rescheduled to a date after the Motion to Dismiss is resolved.
18     2. The deadline to file the Joint Case Management Statement shall be continued to and
19 including seven (7) days prior to the new date for the Case Management Conference and all other
20 dates are adjusted accordingly.
21 **IT IS SO STIPULATED.**
22 ///
23 ///
24 ///
25 ///
26 ///
27  Dated: June 22, 2016                                   Respectfully submitted,
28

| | |
|---|---|
|1| By: /s/ Steven J. Brewer |
|2| Steven J. Brewer (SBN 94889)<br>GWILLIAM, IVARY, CHIOSSO,<br>CAVALLI & BREWER<br>1999 Harrison Street, Suite 1600<br>Oakland, CA 94612<br>Phone: (510)832-5411<br>Fax: (510)832-1918<br>Email: sbrewer@giccb.com |

Attorney for Plaintiff MONTIE SINGH

By: /s/ James A. Scharf

Brian J. Stretch (SBN 163973)
United States Attorney
Sara Winslow (SBN 457643)
Chief, Civil Division
James A. Scharf (SBN 152171)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Phone: (408) 535-5044
Fax: (408) 535-5081
Email:james.scharf@usdoj.gov

Attorney for Defendant UNITED STATES OF AMERICA

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Plaintiff Montie Singh and Defendant United States of America.

Dated: June 22, 2016                                        /s/ Steven J. Brewer

                                                                           Steven J. Brewer

MODIFIED **ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the Case Management Conference is continued to September 7, 2016 at 10:00 a.m. Case management statement is due August 31, 2016.

Dated: June 22, 2016

IT IS SO ORDERED AS MODIFIED

Judge Nathanael M. Cousins