1
2
3
4
5
6           **UNITED STATES DISTRICT COURT**
7           **NORTHERN DISTRICT OF CALIFORNIA**
8
9
10   MONTIE SINGH,                          Case No. 16-cv-01919 NC

11              Plaintiff,                  **ORDER OF CONDITIONAL DISMISSAL**

12        v.
                                            Re: Dkt. 42
13   UNITED STATES OF AMERICA,

14              Defendant.

15

16        The Court having been notified of the settlement of this action, and it appearing that

17   no issue remains for the Court's determination,

18        IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

19   DISMISSED with prejudice.  In the event that the settlement is not reached, any party may

20   move to reopen the case, provided that such motion is filed within 60 days.  All scheduled

21   dates are VACATED.

22        IT IS SO ORDERED.

23        Dated:   August 1, 2017,               _____

24                                              Nathanael M. Cousins
                                                United States Magistrate Judge
25

26

27

28

Case No. 16-cv-01919 NC
ORDER OF CONDITIONAL
DISMISSAL